# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0259
Lower Tribunal No. 21-15066
_____

**D.M., The Mother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Rosy Aponte, Judge.

Thomas Butler, P.A., and Thomas J. Butler, for appellant.

Karla Perkins, for appellee, Department of Children and Families; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Krystle Cacci, Certified Legal Intern (Tallahassee), for appellee Guardian ad Litem.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.  See P.R. v. Dep't of Children & Families, 337 So. 3d 456, 461 (Fla. 1st DCA 2022) (explaining that once the trial court determines that termination is warranted under section 39.806(1)(f), Florida Statutes, the court need not make a determination as to the least restrictive means); K.A. v. Dep't of Children & Families, 332 So. 3d 501, 507 (Fla. 4th DCA 2021) (upholding the constitutionality of section 39.806(1)(f)); J.H. v. Dep't of Children & Families, 279 So. 3d 316, 322 (Fla. 4th DCA 2019) ("While a trial court's decision to terminate parental rights must be based upon clear and convincing evidence, the district court of appeal's review is limited to whether competent substantial evidence supports the trial court's findings.").